UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARLENE K. GINTER,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No. 3:12-cv-05476-RBL-KLS<br><br>ORDER REVERSING AND REMANDING DEFENDANT'S DECISION REGARDING PLAINTIFF'S APPLICATIONS FOR DISABILITY BENEFITS |

　　　The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

　　(1)　the Court adopts the Report and Recommendation;

　　(2)　the ALJ erred in her decision as described in the Report and Recommendation;

　　(3)　the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings; and

　　(4)　the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 14th day of June, 2013.

　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1